# SEARCH WARRANT

Commonwealth of Virginia      VA. CODE §§ 19 2-56, 19 2-57

FILE NO.

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing either in day or night

Lynchburg General Hospital, 1901 Tate Springs Road, Lynchburg, VA

**SEARCH WARRANT**

**COMMONWEALTH OF VIRGINIA**

for the following property, objects and/or persons:

all electronic and paper patient forensic records, charting, photographs and primer residue kit for Jonathan J. Warner, DOB: ▮▮▮▮▮; as it pertains to him being a patient at the hospital from 01/10,2016 through 01/12/2016. , including blood and urine analysis.    All training records, electronic and paper for Wesley Thomas Gillespie, DOB: ▮▮▮▮▮, DCJS ID: ▮▮▮▮▮. pocket knife belonging to Jonathan J. Warner, DOB: ▮▮▮▮▮, seized by Lynchburg General Security.

v./In re

Jonathan J Warner/W.T.Gillespi

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the ........ Lynchburg ........................................ Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to an offense substantially described as follows:
Malicious wounding, in violation of 18.2-51 COV

FILED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF THE CITY OF LYNCHBURG

DATE 1-14-16    TIME 100p M

TESTE. EUGENE C WINGFIELD, CLERK

BY. _____ DG- _____ Dep Clerk

I, the undersigned, have found probable cause and believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime and further that the search should be made, based on the statements in the attached affidavit sworn to by

C.T. Davis/Detective/LPD
NAME OF AFFIANT

A Copy, Teste:
Eugene C. Wingfield, Clerk
By. Amy Micko Deputy Clerk

01/12/2016 01:45 PM
DATE AND TIME

[ ] CLERK [X] MAGISTRATE [ ] JUDGE

D. A. Metts

FORM DC-339 (MASTER, PAGE ONE OF TWO) 07/01

# AFFIDAVIT FOR SEARCH WARRANT

Commonwealth of Virginia  VA CODE & 19.2-54

The undersigned Applicant states under oath:

1. A search is requested in relation to an offense substantially described as follows:

   Malicious Wounding (Va Code 18.2-51)

   ☐ CONTINUED ON ATTACHED SHEET

2. The place, person or thing to be searched is described as follows:

   Lynchburg General Hospital, 1901 Tate Springs Rd, Lynchburg, VA

   ☐ CONTINUED ON ATTACHED SHEET

3. The things or persons to be searched for are described as follows:

   ------------------See Attached Document------------------------------------

   ☐ CONTINUED ON ATTACHED SHEET

   (OVER)

FORM DC-338 (MASTER, PAGE ONE OF TWO) 07/12

---

| FILE NO. | |
|---|---|
| **AFFIDAVIT FOR SEARCH WARRANT** | |
| APPLICANT: | |
| C. T. Davis | |
| NAME | |
| Detective | |
| TITLE (IF ANY) | |
| 805 Court St, | |
| ADDRESS | |
| Lynchburg, Va. 24504 | |

Certified to Clerk of

Lynchburg _____ Circuit Court
CITY OR COUNTY

on _____
DATE

_____ _____
TITLE           SIGNATURE

Original Delivered  ☐ in person   ☐ by certified mail
                    ☐ by electronically transmitted facsimile
                    ☐ by use of filing/security procedures defined
                      in the Uniform Electronic Transactions Act

to Clerk of _____ Circuit Court
CITY OR COUNTY WHERE EXECUTED

on _____
DATE

_____ _____
TITLE           SIGNATURE

Complete only if different than above:
Copy delivered ☐ in person  ☐ by certified mail
               ☐ by electronically transmitted facsimile
               ☐ by use of filing/security procedures defined in the
                 Uniform Electronic Transactions Act

to Clerk of _____ Circuit Court
CITY OR COUNTY OF ISSUANCE

on _____
DATE

_____ _____
TITLE           SIGNATURE

4. The material facts constituting probable cause that the search should be made are:

```
----------------------------------------See Attached----------------------------------------
```

5. The object, thing or person searched for constitutes evidence of the commission of such offense.

6. [X] I have personal knowledge of the facts set forth in this affidavit **OR**

7. [ ] I was advised of the facts set forth in this affidavit in whole or in part, by person whose credibility or the reliability of the information may be determined from the following facts:

```
Lynchburg Police Officers, Detectives and Witnesses will testify in a court of law to the above mentioned facts.
```

The statements above are true and accurate to the best of my knowledge and belief.

**Detective**
TITLE OF APPLICANT (IF ANY)

Subscribed and sworn to before me this day. 1/12/16

01/12/16   1240 hrs   1:38pm
DATE AND TIME

APPLICANT

[ ] CLERK   [X] MAGISTRATE   [ ] JUDGE

FORM DC-338 (MASTER, PAGE TWO OF TWO) 07/12

- all electronic and paper patient Forensic records, charting, photographs and primer residue kit for a Jonathan J. Warner dob ████████, as it pertains to him being a patient at the hospital from January 10, 2016 through January 12, 2016.

- blood and urine analysis for a Jonathan J. Warner dob ████████, as it pertains to him being a patient at the hospital from January 10, 2016 through January 11, 2016, while a patient in the emergency room at Lynchburg General Hospital.

- all training records, electronic and paper for Wesley Thomas Gillespie dob ████████. DCJS ID: ████████

- pocket knife belonging to Jonathan J. Warner dob ████████, seized by Lynchburg General Security.

On January 10, 2016, at approximately 2130 hours, Jonathan J. Warner dob ▬▬▬▬ arrived at the Lynchburg General Hospital emergency room and was being seen for a psychiatric evaluation. Then on January 11, 2016, at approximately 0415 hours, Warner was transferred across the driveway to the Psychiatric Emergency Center, Dillard Building, Lynchburg General Hospital. Upon arriving there, Warner was filling out some documentation at the center. He became increasingly more agitated and then attacked Lieutenant Wesley Gillespie (Centra Security). During the scuffle he unsuccessfully attempted to disarm Lieutenant Gillespie of his firearm, however he was able to disarm Lieutenant Gillespie of his Taser. Warner then fired the Taser, nearly missing Officer Jason Bryan (Centra Security). The probes hit a wall within the center. He then charged at Officer Bryan and struck him with the activated Taser in his left shoulder causing a minor injury. He then ran through the center. Lieutenant Gillespie then shot Warner several times. Forensic Nurse later photographed Jonathan J. Warner while a patient at Lynchburg General Hospital. All Training records for Wesley Thomas Gillespie would verify training records as a security officer in the state of Virginia, for the purpose of this investigation.