7601 Timberlake Road
Lynchburg, VA 24502

P 434.845.4529
F 434.845.8536

www.jamesriverlegal.com



February 25, 2016

Honorable Mark R. Herring
Attorney General of Virginia
Attorney General's Office
900 East Main Street
Richmond, Virginia 23219

Dear Mr. Herring:

    I represent Jonathan Warner, a young man who was shot in the back by an armed security officer at CENTRA Lynchburg General Hospital on January 11, 2016. I write to seek your assistance in transferring the investigation of the shooting from the Lynchburg Police Department to the Virginia State Police.

    Jonathan reported to the emergency room of the ER at CENTRA Lynchburg General Hospital on June 10th at approximately 9:30 pm with an acute psychiatric condition seeking admission to Virginia Baptist Hospital for adjustment of the medication he takes for schizophrenia. After waiting for nearly seven hours for medical clearance, he was transferred to the Psychiatric Emergency Center for psychiatric assessment, where he obtained and discharged a TASER. A armed CENTRA security officer, Wesley Gillespie, then shot Jonathan several times, including once in the back as Jonathan tried to crawl to the exit door.

    My investigation has discovered the following facts:

- Gillespie is a former Lynchburg Police Department officer.

- Gillespie's son, Matthew Gillespie, is a lieutenant in the Lynchburg Police Department.

- CENTRA and the Lynchburg Police Department are partners in the operation of the Psychiatric Emergency Center by formal execution of a Memorandum of Understanding with Horizon Behavioral Health (the local community services board).

- Gillespie is a Special Conservator of the Peace appointed pursuant to Code of Virginia 19.2-163.

    Jonathan has lodged a formal claim against the Lynchburg Police Department for injuries he sustained in the shooting. Clearly the Lynchburg Police Department has a direct conflict of

Hon. Mark R. Herring
February 25, 2016
Page 2 of 2

interest in this investigation and both Jonathan and the public deserve an independent investigation conducted by a disinterested office.

    Thank you for your attention to this important matter. I trust you will assist in seeking the transfer of the investigation and I hope you will not hesitate to contact me if you require information or assistance.

Very truly yours

M. PAUL VALOIS

cc:    Hon. Michael R. Doucette
       Chief Raul M. Diaz

© 2016 Margaret C Valois, PLLC. James River Legal Associates is a registered trade name of Margaret C

| HOME | OUR FIRM | CONTACTS & DIRECTIONS | PRACTICE AREAS | FEES/PAYMENTS | CASE RESULTS |

# PRESS RELEASE
## FEBRUARY 25, 2016

**CONTACT: M. Paul Valois, Esquire**
**7601 Timberlake Road**
**Lynchburg, VA 2450**
**(434) 845-452**
**mvalois@vbclegal.com**

**SUBJECT: Jonathan Warner Seeks Assistance of Attorney General Mark Herring in Call for Independent Investigation of CENTRA Shooting**

7601 Timberlake Road
Lynchburg, VA 21502

P 434 845 4479
F 434 845 8516

www.jamesriverlegal.com

**James River**
— LEGAL ASSOCIATES —
ATTORNEYS AND COUNSELORS AT LAW

February 25, 2016

Honorable Mark R. Herring
Attorney General of Virginia
Attorney General's Office
900 East Main Street
Richmond, Virginia 23219

Dear Mr Herring:

I represent Jonathan Warner, a young man who was shot in the back by an armed security officer at CENTRA Lynchburg General Hospital on January 11, 2016. I write to seek your assistance in transferring the investigation of the shooting from the Lynchburg Police Department to the Virginia State Police.

Jonathan reported to the emergency room of the ER at CENTRA Lynchburg General Hospital on June 10th at approximately 9:30 pm with an acute psychiatric condition seeking admission to Virginia Baptist Hospital for adjustment of the medication he takes for schizophrenia. After waiting for nearly seven hours for medical clearance, he was transferred to the Psychiatric Emergency Center for psychiatric assessment, where he obtained and discharged a TASER. A armed CENTRA security officer, Wesley Gillespie, then shot Jonathan several times, including once in the back as Jonathan tried to crawl to the exit door.

My investigation has discovered the following facts:

- Gillespie is a former Lynchburg Police Department officer.
- Gillespie's son, Matthew Gillespie, is a lieutenant in the Lynchburg Police Department.
- CENTRA and the Lynchburg Police Department are partners in the operation of the Psychiatric Emergency Center by formal execution of a Memorandum of Understanding with Horizon Behavioral Health (the local community services board).
- Gillespie is a Special Conservator of the Peace appointed pursuant to Code of Virginia 19.2-163.

Jonathan has lodged a formal claim against the Lynchburg Police Department for injuries he sustained in the shooting. Clearly the Lynchburg Police Department has a direct conflict of

Hon. Mark R. Herring
February 25, 2016
Page 2 of 2

interest in this investigation and both Jonathan and the public deserve an independent investigation conducted by a disinterested office.

    Thank you for your attention to this important matter. I trust you will assist in seeking the transfer of the investigation and I hope you will not hesitate to contact me if you require information or assistance.

Very truly yours,

M. PAUL VALOIS

cc: Hon. Michael R. Doucette
    Chief Raul M. Diaz

© 2016 Margaret C. Valois, PLLC. James River Legal Associates is a registered trade name of Margaret C. Valois, PLLC. The attorney responsible for advertising is Margaret C. Valois, 7601 Timberlake Road, Lynchburg, VA 24502. Our law firm is a federally designated debt relief agency. We help people file for relief under the bankruptcy code. The information provided here is not legal advice. You are not our client until you have executed a retainer agreement with us. You do not become our client by responding to this information. Please consult an attorney to obtain legal advice.