**SUBPOENA DUCES TECUM (CIVIL)** —COURT COPY      Case No.: GV16000586-00
**ATTORNEY ISSUED** VA. CODE §§ 8.01-413, 16.1-89, 16.1-265;
Commonwealth of Virginia   Supreme Court Rules 1:4, 4.9

08/11/2016 at 9:30 am
HEARING DATE AND TIME

Bedford General District Court ............................................... Court

123 East Main Street, Suite 202, Bedford, VA 24523
COURT ADDRESS

Charlena Marie Blakey ......... v./*In re:* ......... Wesley Thomas Gillespie

**TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:**

You are commanded to summon

Custodian of Records, Centra Health Inc. c/o Holly Trent, Esquire, Registered Agent
NAME

1901 Tate Springs Road
STREET ADDRESS

Lynchburg                Virginia                24501
CITY                     STATE                  ZIP

**TO the person summoned:** You are commanded to make available the documents and tangible things designated and described below:

See attachment "A".

at   7601 Timberlake Road, Lynchburg, VA 24502   at   May 27, 2016 at 10 a.m.
     LOCATION                                         DATE AND TIME

to permit such party or someone acting in his or her behalf to inspect and copy, test or sample such tangible things in your possession, custody or control.

This Subpoena Duces Tecum is issued by the attorney for and on behalf of

Charlena Marie Blakey
PARTY NAME

M. Paul Valois                              72326
NAME OF ATTORNEY                            VIRGINIA STATE BAR NUMBER

7601 Timberlake Road                        434-845-4529
OFFICE ADDRESS                              TELEPHONE NUMBER OF ATTORNEY

Lynchburg, VA 24502                         434-845-8536
OFFICE ADDRESS                              FACSIMILE NUMBER OF ATTORNEY

May 9, 2016                                 *Margaret C Valois for M. Paul Valois*
DATE ISSUED                                 SIGNATURE OF ATTORNEY

**Notice to Recipient:** See page two for further information.

**RETURN OF SERVICE** (see page two of this form)

FORM DC-498 (MASTER, PAGE ONE OF TWO) 7/01

Case 6:18-cv-00064-EKD   Document 9-6   Filed 09/20/18   Page 1 of 3   Pageid#: 77

**TO the person summoned:**

If you are served with this subpoena less than 14 days prior to the date that compliance with this subpoena is required, you may object by notifying the party who issued the subpoena of your objection in writing and describing the basis of your objection in that writing.

☒ **This SUBPOENA DUCES TECUM is being served by a private process server who must provide proof of service in accordance with Va. Code § 8.01-325.**

**TO the person authorized to serve this process:** Upon execution, the return of this process shall be made to the clerk of court.

NAME: ......................................................................................................................................................

ADDRESS: ................................................................................................................................................

☐ PERSONAL SERVICE | Tel. No. ..........................

Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above:

☐ Posted on front door or such other door as appear to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ NOT FOUND ..........................................................., Sheriff

.................... by........................................................., Deputy Sheriff
DATE

## CERTIFICATE OF COUNSEL

I, _____M. Paul Valois_____, counsel for _____Charlena Marie Blakey_____, hereby certify

that a copy of the foregoing subpoena duces tecum was _____mailed_____
DELIVERY METHOD

to _____Wesley Thomas Gillespie_____, ~~counsel of record for~~ Defendant _____,

on the ___9th___ day of _____May_____, ___2016___.

_____Margaret C Valois /pr_____
SIGNATURE OF ATTORNEY

**NOTICE:** Upon receipt of the subpoenaed documents, the requesting party must, if requested, provide true and full copies of those documents to any other party or to the attorney for any other party, provided the other party or attorney for the other party pays the reasonable cost of copying or reproducing those documents. This does not apply when the subpoenaed documents are returnable to and maintained by the clerk of the court in which the action is pending. Va. Code § 8.01-417

ATTACHMENT "A"

## BEDFORD GENERAL DISTRICT COURT CASE NO. GV16000586-00
## CHARLENA MARIE BLAKEY v. WESLEY THOMAS GILLESPIE
## SUBPOENA DUCES TECUM TO CENTRA HEALTH, INC.

### ITEMS TO BE PRODUCED

1. Exact and true copies of each and every audio or video recording depicting Charlena Marie Blakey or Jonathan James Brewster Warner in the Psychiatric Emergency Center of Lynchburg General Hospital on January 11, 2016.

2. Exact and true copies of each and every document that mentions, refers, describes or relates to the shooting of Jonathan James Brewster Warner at the Psychiatric Emergency Center of Lynchburg General Hospital on January 11, 2016. Such documents include, but are not limited to, incident reports, electronic mail messages, memoranda, log entries, notes, graphs, photos, charts, drawings and letters. These requested documents do not include health care records as defined by Code of Virginia § 32.1-127.1:03.

3. Exact and true copies of each and every document that mentions, refers, describes or relates to the exercise of direction and discretion over the conduct of Special Conservators of the Peace employed by Centra Health, Inc. Such documents will include, but are not limited to, weapons policies, emergency preparedness policies, orders, directives, protocols and plans.

4. Exact and true copies of each and every document contained in the personnel file of Wesley Thomas Gillespie.

5. Exact and true copies of each and every job description of Wesley Thomas Gillespie during his employment by Centra Health, Inc.

6. Exact and true copies of each and every report of misconduct or malfeasance by Wesley Thomas Gillespie made by any person at any time during his employment by Centra Health, Inc.

7. Exact and true copies of each and every document that mentions, refers, describes or relates to proposed or accomplished establishment, discontinuation or modification of any security policies, procedures or protocols of Centra Health Inc. that occurred on or after January 11, 2016.

8. The operating manual for the TASER that Wesley Thomas Gillespie carried in the Psychiatric Emergency Center at Lynchburg General Hospital on January 11, 2016.

CERTIFICATE PURSUANT TO VIRGINIA CODE SECTION 8.01-391-B

This is to certify that I am the legal custodian of the foregoing record and further that this is a true and authentic copy of the original record.

Clerk

By _____
Deputy Clerk