# 01/27/16

PRESS RELEASE

JANUARY 27, 2016

------------------------------------------------------------------------------------

CONTACT: M. Paul Valois, Esquire

7601 Timberlake Road

Lynchburg, VA 24501

(434) 845-4529

mvalois@vbclegal.com

SUBJECT: SEARCH WARRANT AFFIDAVIT - JONATHAN WARNER SHOT MULTIPLE TIMES AFTER RUNNING

According to a search warrant affidavit filed by Lynchburg Police Detective C. T. Davis on January 12, 2016, Jonathan Warner was shot several times by a CENTRA Security Guard Wesley Gillespie after Jonathan ran through the medical center following a scuffle with Gillespie in which he obtained Gillespie's TASER, discharged it harmlessly into a wall and allegedly struck another security guard with the discharged TASER. This account contradicts any claim that Jonathan posed a direct threat at the time of the shooting and is compelling evidence of the application of excessive and unnecessary force.

WSET has posted the search warrant and related information online HERE.

Police officers are required by law to submit sworn affidavits in support of search warrant applications and providing false information in such an affidavit is perjury - a felony that can result in a prison sentence upon conviction. Assuming that his sworn affidavit is true, Detective Davis's statement is disturbing evidence that Jonathan Warner was shot multiple times after attempting to flee.

The Warner family reiterates its demand for an independent investigation of this tragic shooting and renews its call for information. To date, CENTRA officials have not released any substantial information about the events that led to the shooting and it is crucial that the public be informed of the facts. The family requests that anyone with knowledge of the facts of the case contact Paul Valois immediately.