CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/31/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| RUTH ANN WARNER as Guardian of JONATHAN JAMES BREWSTER WARNER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL R. DOUCETTE,<br><br>    Defendant. | Civil Action No. 6:18-cv-00064<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

**ORDER TO SHOW CAUSE**

This case was brought by plaintiff on May 31, 2018. On September 20, 2018, the defendant filed a motion to dismiss, which was served on plaintiff via the CM/ECF system that same date.

To date, plaintiff has failed to respond to defendant's motion, and the time for doing so has passed.

In light of this background, plaintiff is hereby ORDERED to show cause why defendant's motion should not be granted and why this case should not be dismissed for failure to prosecute. Plaintiff shall file any response to this order not later than 14 days after its entry. **<u>Plaintiff is hereby advised that if she fails to file a response within 14 days after entry of this order, the court will dismiss her case.</u>**

The clerk is directed to send copies of this order to all counsel of record.

Entered: October 31, 2018

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge